SOLOMON WILE, *Respondent, v.* JOHN H. WILSON, *Appellant.* — Judgment appealed from reversed and judgment ordered for the defendant, with costs. Opinion by TALCOTT, P. J.

BENJAMIN CARTER, *as Overseer, etc., Appellant, v.* STERLING LONG, *Respondent.* — Motion for reargument and for leave to appeal to Court of Appeals denied. Opinion filed with the clerk of Monroe county.

ADELAIDE L. POST and others, *Appellants, v.* FRANCIS O. MASON *et al., Executors, etc., Respondents.* — Motion to correct order of June term denied, without costs.

CAMPBELL PRINTING PRESS AND MANUFACTURING COMPANY, *Appellant, v.* JOHN GEORGE WAGNER. *Impleaded, etc., Respondent.* — Motion for order of substitution granted, and motion for leave to appeal to the Court of Appeals denied, without costs to either party.

CUBIT C. DURRANT and others, *Respondents, v.* JOSEPH FOXELL and others, *Appellants.* — Motion for leave to appeal to the Court of Appeals denied.

THE TOWN OF LYONS, *Appellant, v.* DWIGHT S. CHAMBERLIN, *Respondent.* — Motion granted.

BENJAMIN F. BOWEN, *as Administrator, Respondent, v.* KINSEY WIDNER, *Appellant.* — Motion for a reargument denied.

ANN WILLIAMS *v.* THE CITY OF OSWEGO. — Order of June term modified by ordering a new trial before another referee, costs to abide event, instead of ordering judgment for the plaintiff.

MARTIN S. CUYKENDALL, *Respondent, v.* EDWARD M. TOWNSEND and another, *Appellants.* — Motion granted, with ten dollars costs.

JOTHAM W. LITTLEFIELD, *Respondent, v.* WILLIAM LITTLEFIELD and others, *Appellants.* — Judgment and order affirmed. Opinion by HARDIN, J.

CATHARINE REAMER and others, *Administrators, etc., Plaintiffs, v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, *Defendants.* — New trial denied.